**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAMANTHA PACHIRAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-2207 |
| ) | |
| INSTANT BRANDS LLC f/k/a ) | Hon. Jorge L. Alonso |
| CORELLE BRANDS LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that on May 2, 2023, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before Judge Jorge L. Alonso or any judge sitting in his stead in room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois, and there present Defendant Instant Brands LLC Unopposed Motion for Extension of Time to Answer or Otherwise Plead to the Complaint, a copy of which is hereby served on you.

Dated: April 26, 2023

Respectfully submitted,

INSTANT BRANDS LLC f/k/a
CORELLE BRANDS LLC

/s/ *Suyash Agrawal*
Suyash Agrawal
MASSEY & GAIL LLP
50 E. Washington Street – Suite 400
Chicago, Illinois 60602

1

(312) 283-1590 main
sagrawal@masseygail.com

*Attorney for Defendant Instant Brands LLC f/k/a Corelle Brands LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically served on all counsel of record by way of electronic service through the CM/ECF system on April 26, 2023.

                                                      */s/ Suyash Agrawal*
                                                      Suyash Agrawal