**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Pachirat v. Instant Brands LLC     Case Number: 23-cv-2207

An appearance is hereby filed by the undersigned as attorney for:

Instant Brands LLC

Attorney name (type or print): Lauren J. Caisman

Firm: Bryan Cave Leighton Paisner LLP

Street address: 161 North Clark Street, Suite 4300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6312465
(See item 3 in instructions)

Telephone Number: 312-602-5079

Email Address: lauren.caisman@bclplaw.com

Are you acting as lead counsel in this case?          ☑ Yes   ☐ No

Are you a member of the court's general bar?          ☑ Yes   ☐ No

Are you a member of the court's trial bar?            ☑ Yes   ☐ No

Are you appearing *pro hac vice*?                     ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  March 17, 2026

Attorney signature:     S/ Lauren J. Caisman
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023